FILED
CLERK, U.S. DISTRICT COURT
OCT 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INMATE # 12723-018<br>RICHARD HUFFMAN,<br><br>              PLAINTIFF(S)<br>         v.<br>B.O.P., et al.,<br><br>              DEFENDANT(S). | CASE NUMBER:<br><br>CV12-8832 UA (AN)<br><br>ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE |

IT IS ORDERED that the complaint be filed without prepayment of the full filing fee.

IT IS FURTHER ORDERED that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915.

_____                              _____
Date                                                  United States Magistrate Judge

---

IT IS RECOMMENDED that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee be DENIED for the following reason(s):

☐ Inadequate showing of indigency.
☐ Failure to authorize disbursements from prison trust account to pay filing fee.
☐ Failure to provide certified copy of trust fund statement for the last six (6) months.
☐ District Court lacks jurisdiction.
☐ Other _____

☑ Frivolous, malicious or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(g).
☑ Leave to amend would be futile.
☐ Seeks monetary relief from a defendant immune from such relief.
☑ This denial may constitute a strike under the "Three Strikes" provision governing the filing of prisoner suits. 28 U.S.C. § 1915(g); see O'Neal v. Price, 531 F.3d 1146, 1153 (9th Cir. 2008).

Comments:
Plaintiff's allegations in support of the double-bunking claim in his emergency injunction motion are conclusory, speculative and fail to state a plausible claim for relief against any defendant within the meaning of Ashcroft v. Iqbal, 556 U.S. 662, 678-680 (2009). Also, the motion is frivolous because it is substantively identical a prior motion that was rejected for the same reasons. See e.g., Huffman v. B.O.P., No. 11-cv-01459-BNB, 2011 WL 3627405 (D. Colo. Aug. 16, 2011).

October 16, 2012                                      [signature]
Date                                                  United States Magistrate Judge

---

IT IS ORDERED that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee is:
☐ GRANTED           ☑ DENIED           ☐ DENIED with leave to amend within 30 days
                                        Plaintiff may re-submit the IFP application and Complaint to this Court, if submitted with the Certified Trust Account Statement and Disbursement Authorization. Plaintiff shall utilize the same case number.

If plaintiff does not timely submit an appropriate response to this Order, the Clerk is directed to close the case.

10/16/12                                              [signature]
Date                                                  Chief United States District Judge

CV-073C (04/12)        ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE        Page 1 of 1