UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  George H. King

From: Stephen Ybarra                    , Deputy Clerk    Date Received: November 16, 2012

Case No.: CV12-8832 UA (AN)*            Case Title: Richard Huffman v. B.O.P., et al.

Document Entitled: Plaintiff's letter to Federal Public Defender; Plaintiff's letter to F.B.I.

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 5-4.1       Documents must be filed electronically
☐ Local Rule 6-1         Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 7-19.1      Notice to other parties of ex parte application lacking
☐ Local Rule 7.1-1       No Certification of Interested Parties and/or no copies
☐ Local Rule 11-3.1      Document not legible
☐ Local Rule 11-3.8      Lacking name, address, phone, facsimile numbers, and e-mail address
☒ Local Rule 11-4.1      No copy provided for judge
☐ Local Rule 11-6        Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8        Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 15-1        Proposed amended pleading not under separate cover
☐ Local Rule 16-7        Pretrial conference order not signed by all counsel
☐ Local Rule 19-1        Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1        Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2        Statement of genuine disputes of material fact lacking
☐ Local Rule 83-2.11     No letters to the judge
☐ Fed. R. Civ. P. 5      No proof of service attached to document(s)
☒ Other:  Case closed; however judicial determination is required. *A case number is not referenced.
          L.R. 11-3 Improper form and format. These communications are not directed to the Court.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____                    _____
Date                                       U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is **ORDERED** returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

11/21/12                                   _____
Date                                       U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

FEDERAL PUBLIC DEFENDER 11-21-12

RE: MARINE VETERAN
HELP BEFORE I MURDER SOMEONE

I ARRIVED 100 DAYS AGO AT VSP-VICTORVILLE. I HAVE A LEGITIMATE DOCUMENTED DISORDER OF CHRONIC VIOLENT SOMNAMBULISM ATTACKS ON BUNKIES.

AT 275 POUNDS I AM INVOLUNTARILY CAPABLE OF KILLING A MAN.

I NEED HELP! I AUTHORIZE YOU TO TAKE ANY ACTION TO BRING THIS TO ANTARKMB ATTENTION. I DO NOT WANT TO BE CRIMINALLY CHARGED FOR MURDER.

RICHARD ANTKMAN
1272308
BOX 3500
ADELANTO CA
92301

[Stamp: RECEIVED BUT NOT FILED, NOV 16 2012, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION, DEPUTY]

Page 1 c

**SENSITIVE BUT UNCLASSIFIED



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 08-27-2010 - Eval/Rpt - Administrative Contact: Staff Info
**Reg Number-Name:** 12723-018 - HUFFMAN, R.   **Unit/Qtrs:** 3A, Z05-152L
**Author:** STEPHANIE K. RUSH, Psy.D., CH PSYCH
**Institution:**

I reviewed inmate HUFFMAN's USMC records on this date and the inmate's history of Somnambulism was verified. Per records, HUFFMAN was seen by a medical doctor and psychiatrist on numerous occasions in 1983 due to PTSD and somnambulism. He was ultimately discharged from the Marine Corps due to Somnambulism.

Due to verification of this inmate's Somnambulism (sleepwalking), through Marine Corps records, I am recommending this inmate be provided with a single cell in the Special Housing Unit. This recommendation is being made to ensure this inmate's safety and the safety of other inmates while the inmate is engaged in sleepwalking behavior.

**SENSITIVE BUT UNCLASSIFIED**

**INMATE'S COPY**

UNITED STATES
DISTRICT COURT
CALIFORNIA

RICHARD HOFFMAN
vs.                                    #
DR. YOUTIS, ET AL

## MOTION FOR HELP BEFORE A MURDER BY SLEEP SLEEPWALKING

A. ATTACHED IS A AFFIDAVIT AND FACTS OVER MY 30 YEAR HISTORY OF SLEEPWALK ASSAULT-INJURIES AND THE BUREAU OF PRISONS POLICY OF NOT RECOGNIZING OR TREATING MY DISORDER

B. INMATES AND STAFF ARE IN DANGER OF ASSAULT AND I'M DENIED MEDICAL TREATMENT FOR INFECTED WRIST INJURIES, DANGER OF CRIMINAL CHARGES, PRISON DISCIPLINE CHARGES ON THE INEVITABLE ASSAULT DOES OCCUR

## ORDER TO SHOW CAUSE

A EMERGENCY HEARING CONDUCTED ON WHY I'M DENIED MEDICAL PSYCHIATRIC DRUG TREATMENT FOR A DANGEROUS DISORDER

## AFFIDAVIT

A - HONORABLE DISCHARGE FROM U.S. MARINES AFTER A HEAD INJURY CAUSED SLEEPWALKING ASSAULTS ON BUNKEES, DISCHARGE IS FOR SLEEP-DISORDER SOMNAMBULISM.

B - SINCE 1985, HUNDREDS OF INCIDENTS OF SLEEP ASSAULTS, ARRESTS, DIVORCES.

C - 30 YEARS OF TRI-CARE PRIME - BLUE CROSS INSURANCE RECORDS SHOW SOMNAMBULISM.

D - 14 YEARS, 31 ARRESTS, 5 STATES PRISONS AND DOZENS OF COUNTY JAIL RECORDS SHOW SLEEP WALKING

E - ATTEMPTED MURDER CHARGE DROPPED AFTER SLEEP ASSAULT ON BUNKEE IN MARICOPA COUNTY JAIL.

## SUMMARY

I HAVE A CHRONIC VIOLENT SLEEP DISORDER RESULTING IN ASSAULT. POTENTIAL MURDER OF BUNKEE PROVEN BY 30 YEARS OF RECORDS

## DENIED MEDICAL/PSYCHOLOGY

A - ARRIVED USP-VICTORVILLE 8-17-12

B - TO DATE, NEVER SEEN MEDICAL DR. QUINN, PSYCHIATRIST DR. YOUNG YET BOTH ISSUE ORDERS NO ONE BUT THEM CAN TREAT ME.

C - FORCED TO DOUBLE-BUNK, FORCED TO TIE MYSELF DOWN TO BED TO NOT ASSAULT BUNKEE, CAUSING WRIST CUTS BLEEDING UNTREATED BY EITHER MEDICAL/PSYCHOLOGY.

### CONCLUSION

BOP EMPLOYEES TOLD THEIR EMPLOYER DOES NOT RECOGNIZE SLEEPWALKING CRIMINALIZE THEIR CONDUCT BY IGNORING MY DISORDER-SAFETY-INJURIES AND REFUSE TO REPORT THIS ABUSE TO KEEP THEIR JOBS AND CONSPIRE TO COVER UP THIS CORRUPTION.

F.B.I.

RE: HELP BEFORE I MURDER SOMEONE SLEEPWALKING

HONORABLE DISCHARGE FROM MARINES FOR SLEEPWALKING ASSAULTS. SINCE 1985, I HAVE DOCUMENTED SOMNAMBULISM ASSAULTS - BEING ASSAULTED, WOUNDS FROM SLEEP EPISODES. PRISON "PSYCHIATRISTS ORDER A" SINGLE-CELL FOR SLEEP SAFETY" BUT PRISON STAFF IGNORE IT AND OTHER PRISON "SHOT-CALLERS, DRUG DEALERS, GANG MEMBERS AND FAVORITE ORDERLIES SINGLE CELLS AS REWARDS BUT A VETERAN WITH A DISORDER IS DENIED? I TIE MYSELF DOWN TO BED NIGHTLY TO NOT DO HARM. REQUEST INVESTIGATION.

* THIS IS NOTICE OF USE-IMMUNITY FROM ALL PROSECUTION FOR CRIMINAL OFFENSE WHEN THE INEVITABLE CRIME OCCURS WHILE ASLEEP. I TOLD YOU AND YOU IGNORED ME!

CC: SENATOR - BOXER
FEINSTEIN
USP VICTORVILLE EXECUTIVE

RECEIVED BUT NOT FILED
NOV 16 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
DEPUTY

RICHARD HUFFMAN
12723018
USP VICTORVILLE





RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION
NOV 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-24-2011 - Suicide Risk Assessment
**Reg Number-Name:** 12723-018 - HUFFMAN, LORAL R.   **Unit/Qtrs:** HOLDOVER, H01-002L
**Author:** YSELDA T. YANEZ-SOUTHARD, Ph.D., STAFF PSYCH
**Institution:** OKL - OKLAHOMA CITY FTC

---

**Housing:** R&D

**Type of Attempt:** NO ATTEMPT

**Lethality Assessment:** LOW

**Overall Suicide Risk Level:** Precise prediction of suicidal behavior is difficult and should be modified over time as circumstances change. Based on the findings noted below, the current overall risk of suicide is judged to be **LOW**.

**Action:** A formal suicide watch is not warranted at this time

## Comments:

**BASIS OF REPORT:** This note was generated due to inmate Huffman, during a Brief R&D Screening, verbalizing possible suicidal ideation if housed with a cell mate in SHU. A suicide risk assessment was immediately conducted today (3-24-11), at approximately 7:30 pm.

**PRESENTING DATA:** Inmate HUFFMAN is a 47 year old White (OTHER ethnicity) male housed as a HOLDOVER at OKL. Immediately upon entering this writer's office, the inmate produced a copy of a PDS note from USP McCreary indicating the need for a single-cell due to episodes of violence when asleep (somnambulism). The inmate stated he is occasionally able to tolerate cell mates without injuring them in his sleep, but that in times of increased stress he "would be crazy to accept a cellie." He added that he is currently "very stressed" because he is en route from USP Terre Haute to Court. Inmate Huffman also stated that being forced to accept a cell mate, given his current level of stress and his concern that he might harm a cell mate in his sleep, he may become suicidal. The inmate reported his most recent episode of self-harm was approximately one year ago, but that he experiences chronic passive suicidal ideation.

This inmate's PDS records contain somewhat contradictory information. Specifically, some clinicians indicate inmate Huffman's somnambulism is an accurate diagnosis which was verified with records from the US Marine Corps and that he should be housed in a single-cell to avoid potential harm to others and himself. Other clinicians, however, document suspicions of malingering and manipulative attempts by this inmate to be housed in a single-cell when he wants to be alone. This inmate is described as highly litigious. When he was last housed at FTC Oklahoma City, the inmate's attorney contacted the Regional Psychology Services Administrator to argue the inmate needs for single-cell housing, indicating that he did not want this client (inmate Huffman) might "involuntarily murder someone" during a violent sleep-walking episode. When last housed at FTC Oklahoma City, he was housed in a Heightened Visibility cell in SHU for his stay here and placed on razor restrictions. At that time, the inmate reported having a history of waking up with bloody knuckles, bruises on his face, and being charged with the murder of a cell mate in 1986 as a result of a violent sleep-walking incident.

**DIAGNOSTIC IMPRESSION:**

Axis I: PTSD (by history)

Axis II: Personality Disorder NOS, with antisocial and Narcissistic Traits

**SUICIDE RISK ASSESSMENT:** The Jail Suicide Risk Assessment Tool was used.

**Important relationships:** Supportive relationships outside of jail with regular contact; has no worries about well-being of loved ones. **Social status:** Perceives self as occupying an exaggeratedly important social position (narcissistic view of self); **Legal status:** En route to Court from USP Terre Haute and inmate reports experiencing significant levels of stress as a result. **Institutional adjustment:** Shows poor adjustment to prison; significant history of disciplinary problems





RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION

NOV 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY