UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL
IN CHAMBERS

| Case No. | CV 12-08832 UA (AN) | Date | November 28 , 2012 |
|---|---|---|---|
| Title | Richard Huffman v. B.O.P., et al. | | |

| Present: The Honorable | Chief Judge George H. King | |
|---|---|---|
| Beatrice Herrera | | none |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**   Plaintiff's Motion for Chief Judge King's Reconsideration [5] ("Motion")

      The Motion is DENIED because it fails to set forth a proper ground for reconsideration. *See* Local Rule 7-18.

                                                                                 :
Initials of Preparer      shy for Bea